**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

KARLA ROBINSON HAMNER     :
              :
              :
   v.           :    Civil No. CCB-10-2485
              :
              :
ANNE ARUNDEL COUNTY, MD    :
et al.             :
              :

**<u>MEMORANDUM</u>**

    Numerous motions are pending in this case.  They have been briefed and discussed with

counsel by conference call.  My rulings follow.

    The principal motion is the plaintiff's motion for leave to amend (ECF No. 40).  The

proposed second amended complaint ("SAC") seeks to add a new plaintiff, Joan Harris, and a

new defendant, Erik Robey.  I have carefully compared the allegations in the current complaint

(First Amended Complaint, or "FAC") with those in the SAC.  Principles applicable under both

Fed. R. Civ. P. 15 and Fed. R. Civ. P. 20(a) are to be considered.  *Hinson v. Norwest Fin. South*

*Carolina, Inc.*, 239 F.3d 611, 618 (4th Cir. 2001).

    Comparison of the two complaints indicate that some claims arise out of the same series

of transactions or occurrences and present common questions of law or fact, but others are only

loosely related, or raise different questions of law, or are clearly time-barred and therefore futile.

The claim for political retaliation based on the events of November 2010 is a new claim

unrelated to the claims of Ms. Hamner, who alleges she was terminated in 2008.  Similarly, Ms.

Hamner seeks to add Mr. Robey as a new defendant, apparently for involvement in her alleged

termination, but her limited factual allegations against him in the proposed SAC are clearly insufficient to withstand a motion to dismiss.

Because of the insufficient relationship between the proposed claims of Ms. Harris and the current claims of Ms. Hamner, and the futility of any new claim by Ms. Hamner against Mr. Robey, the motion to amend will be denied.  This and related rulings are confirmed by separate order which follows.  Ms. Harris of course is free to file her own complaint notwithstanding the denial of the motion to amend.  Nothing in this ruling precludes either Ms. Hamner or Ms. Harris from offering testimony if relevant in support of each other's claims.


<u>February 14, 2011</u>                                  <u>                /s/                </u>
Date                                                                Catherine C. Blake
                                                                       United States District Judge