IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARLA R. HAMNER, ET AL.          :
                                 :
       v.                        :    CIVIL NO. CCB-10-2485
                                 :
ANNE ARUNDEL COUNTY, MARYLAND,   :
ET AL.                           :
                     ...o0o...

## ORDER

In accordance with the plaintiff's acceptance of the defendant's offer of judgment pursuant to Fed. R. Civ. P. 68, it is hereby **ORDERED** that:

1. judgment is entered in favor of Karla Robinson Hamner and against the defendant Anne Arundel County, Maryland in the amount of **One Hundred Ten Thousand Dollars ($110,000)**;

2. the court retains jurisdiction to determine reasonable attorneys' fees and costs;

3. the plaintiff shall file her petition for fees within 21 days; and

4. the Clerk shall **CLOSE** this case.


September 25, 2013                          /s/
Date                                   Catherine C. Blake
                                       United States District Judge